
RECEIVED
SEP 2 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MACK TEZENO | CIVIL ACTION |
| VERSUS | NO.: 04-CV-01749   MAGISTRATE JUDGE HILL |
| N. BURL CAIN, Warden, La. State Pen. | SECTION: "P" |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of *F.R.A.P., Rule 22(b)*, hereby finds that:

[ ] a certificate of appealability for an appeal is hereby GRANTED.

[X] a certificate of appealability for an appeal is hereby DENIED.

### REASONS FOR DENIAL:

There is no showing, substantial or otherwise, that the petitioner herein has been denied any Constitutional right. Additionally, the petitioner's claims are barred.

Date: September 28, 2005,
at Lafayette, LA

C. Michael Hill
United States ~~District~~ Judge
Mag.