# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MACK TEZENO | CIVIL ACTION NO. 04-1749 |
| VS. | SECTION P |
| N. BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL<br>BY CONSENT |

## ORDER

Before the court is the "Motion for Stay and Hold for Certificate of Appealability in Abeyance Pending Exhaustion of Claim Pending in the State District Court" filed on April 27, 2006 by *pro se* petitioner, Mack Tezeno, in connection with his petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254. [rec. doc. 31]. By this Motion, Tezeno requests that this court delay consideration of his Motion for Certificate of Appealability so that he may return to state court to exhaust a claim which was previously dismissed by this court on January 20, 2005 on petitioner's Voluntary Motion to Dismiss same. [rec. docs. 6 and 7].

The record in this case reveals that a final Judgment denying and dismissing petitioner's remaining claims was entered on July 28, 2005. [rec. doc. 21]. Petitioner filed a Notice of Appeal of this court's ruling on August 26, 2005, and petitioner's Motion for Certificate of Appealability was denied on September 29, 2005. [rec. docs. 22, 23 and 28]. Thus, the instant Motion is moot. Additionally, this case is currently on appeal in the United States Court of Appeals for the Fifth Circuit. Therefore, this court is without jurisdiction to entertain petitioner's Motion. See *United States v. Green*, 882 F.2d 999, 1001 (5th Cir. 1989). Accordingly;

**IT IS ORDERED** that the instant Motion [rec. doc. 31] is dismissed as moot and for lack of jurisdiction.

Signed in chambers in Lafayette, Louisiana on this 2nd day of May, 2006.

*[signature]*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE